1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10   Branden Flynn,                    Case No. 2:21-cv-07019-MCS-GJS

11              Plaintiff,             **JUDGMENT**

12

13   v.

14   Credit Acceptance Corporation,

15              Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

1

1    In accordance with the Court's Order granting Defendant Credit Acceptance

2    Corporation's motion to dismiss without leave to amend, it is hereby ordered, adjudged,

3    and decreed that judgment is entered on all claims in favor of Defendant as to Plaintiff

4    Branden Flynn' claims alleging violations of the federal Fair Debt Collection Practices

5    Act.

6    Plaintiff shall take nothing from his action against Defendant.  The action is

7    dismissed with prejudice.

8

9

10   **IT IS SO ORDERED.**

11

12   Dated: August 21, 2023

13                                  ‴RK C. ⌢⌢‴RSI
                                    UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2